UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 13CR3303-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER AND JUDGMENT TO DISMISS |
| v. | ) | THE INFORMATION |
| | ) | |
| ESMERALDA ARELLANO, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Information in Case 13CR3303-DMS against defendant ESMERALDA ARELLANO be dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 16, 2013

_____
HON. DANA M. SABRAW
United States District Judge